1248

No. 10–8553. WILLIAMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–8554. WRIGHT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–8555. MEADOR *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–8569. GHOST BEAR *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–8570. FREEMAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–8571. FRISTOE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–8573. HAWKINS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–8584. PETERKIN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–8585. PADILLA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–8589. CHAPMAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–8591. COOPER *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 10–8595. SPITSYN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–8597. ESPINOZA BRAVO *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–8600. CLARK *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 10–8602. MOODY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–8608. MARTINEZ-INTRERIANO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.